Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  ORB Energy Co.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   93-4553470

**4. Debtor's address**

Principal place of business:
4947 CR 126
Van Vleck, TX 77482
Matagorda County

Mailing address, if different from principal place of business

Location of principal assets, if different from principal place of business

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor  **ORB Energy Co.**  Case number *(if known)* _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When ___/___/____ Case number _____
                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When ___/___/____ Case number _____
                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When ___/___/____
                                         MM / DD / YYYY
Case number, if known _____

Debtor  **ORB Energy Co.**             Case number *(if known)* _____
     Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
     Number    Street

_____
City      State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999      ☐ 10,001-25,000      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☑ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion

Debtor   **ORB Energy Co.**                                                              Case number *(if known)* _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/01/2025
              MM/ DD/ YYYY

X _/s/ Jamieson Zaniewski_____
Signature of authorized representative of debtor

Printed name: **Jamieson Zaniewski**

Title   **President**

**18. Signature of attorney**

X _/s/ Steven Shurn_____
Signature of attorney for debtor

Date   08/01/2025
       MM/ DD/ YYYY

**Steven Shurn**
Printed name

**Hughes Watters Askanase LLP**
Firm name

**1201 Louisiana Street 28th Floor**
Number   Street

**Houston**      **TX**     **77002**
City             State      ZIP Code

**(713) 590-4200**              **sshurn@hwa.com**
Contact phone                   Email address

**24013507**                    **TX**
Bar number                      State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

## UNANIMOUS CONSENT OF ORB ENERGY CO.'S
## SOLE SHAREHOLDER AND DIRECTOR

The undersigned Jamieson Zaniewski is the sole shareholder and Director (President and Secretary), of Orb Energy Co., a corporation incorporated under the laws of the State of Delaware (the "Company") Jamieson Zaniewski, does hereby certify that the Company is duly organized and existing under the laws of the State of Delaware and authorized to conduct business in the State of Texas; that this Resolution was duly and unanimously approved by the sole shareholder and director of the Company; and that this Resolution has not been altered, amended, rescinded or repealed and is now in full force and effect.

WHEREAS, the Company has experienced financial difficulties, mediation failed, and has determined that it is in the best interest of the Company for the Company to seek relief under Chapter 11 of the United States Bankruptcy Code;

NOW, THEREFORE BE IT RESOLVED that the sole shareholder and director of the Company unanimously hereby approve that Jamieson Zaniewski, President of the Company be, and he is here by authorized and directed on behalf of the Company to file a Chapter 11 bankruptcy petition and to prepare, file and execute all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Southern District of Texas, Galveston Division and further to such end, to do any other acts, execute all necessary documents and take any other steps in the name and on behalf of the Company necessary or appropriate in connection therewith; and be it

FURTHER RESOLVED that Jamieson Zaniewski, President of the Company is hereby specifically authorized, empowered, and directed, in the name and on behalf of the Company, to:

1. Retain legal counsel, financial advisors, and any other professionals necessary to assist the Company in its bankruptcy proceeding and related matters;

2. Execute and file all necessary documents, pleadings, and schedules and take all other actions necessary or desirable to complete the bankruptcy filing and administer the Company's Chapter 11 case;

3. Negotiate, execute, deliver, and perform any agreements, instruments, or other documents in connection with the bankruptcy proceeding, including any debtor-in-possession financing agreements and all other applicable documents;

4. Appear in Court on behalf of the Company and take all actions in connection with the bankruptcy case as necessary and/or appropriate to preserve, protect, and maximize the value of the Company's assets; and

FURTHER RESOLVED, that all prior acts and actions taken by any representative of the Company in connection with the matters contemplated by this Resolution are hereby ratified, confirmed and approved in all respects; and

1

FURTHER RESOLVED that this resolution shall be effective immediately and remaining and full force and effect until modified, revoked or suspended by a subsequent resolution and that any and all notice periods or other requirement's contained in Company's documents, if any, are hereby waived.

"This Unanimous Consent Resolution is executed by the Company's sole shareholder and director effective as of August 1, 2025."

**SOLE SHAREHOLDER AND DIRECTOR:**

**JAMIESON ZANIEWSKI**

by: *[signature]*
Jamieson Zaniewski   Date: August 1, 2025

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. _____ |
| | § | |
| ORB Energy Co., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

## BRIEF LIST OF ASSETS

| ASSETS | ESTIMATED VALUE |
|---|---|
| Real Property and Improvements | $320,000.00 |
| Personal Property | $70,000,000.00 |
| **TOTAL** | $70,320,000.00 |

DATED: August 1, 2025

ORB Energy Co.

*/s/ Jamieson Zaniewski*
**Jamieson Zaniewski**